ENTERED ON DOCKET
6/15/05  PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| JORGE IVAN TORRES<br><br>Plaintiff(s)<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s) | CIVIL CASE   05-1300 (JAF)<br><br>(CRIM. NO.   97-229) |

JUDGMENT

Pursuant to this Court's Order (docket #3)  Judgment is entered summarily dismissing the present 28:2255 petition.

In San Juan, Puerto Rico, this 15th day of June, 2005.

Frances Rios de Moran, Esq.

Clerk of Court

*s/Franchesca Torres*

Franchesca Torres
Deputy Clerk